IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHARLES SAMUEL JOHNSON, JR.                                                    PLAINTIFF

v.                                    Civil No. 4:18-CV-04113

NURSE KING, *et. al.*                                                          DEFENDANTS

## ORDER

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis*. Currently before the Court is Defendants' Motion to Compel. (ECF No. 21).

In their Motion, Defendants state Plaintiff has refused to sign a medical authorization form and has not fully responded to the Interrogatories and Request for Production sent to him on September 4, 2018. (ECF No. 21). Defendants attempted to resolved this discovery issue prior to filing this motion. (ECF No. 21-3).

Under the Federal Rules of Civil Procedure, Plaintiff is afforded thirty (30) days to respond to discovery requests. Fed. R. Civ. P. 33(b)(2) & 34(b)(2)(A). Plaintiff did not request an extension of time to respond to Defendants' discovery requests. Therefore, Plaintiff has failed to respond in the time provided by law.

Accordingly, Defendants' Motion to Compel (ECF No. 21) is **GRANTED.** Plaintiff is **DIRECTED** to provide Defendants with a full response to Defendants' Interrogatories and Request for Production, including a signed medical authorization form, **by 5:00 p.m. on November 16, 2018.** Plaintiff is advised that failure to comply with this Order will result in summary dismissal of this case.

1

IT IS SO ORDERED this 2nd day of November 2018.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE