IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHARLES SAMUEL JOHNSON, JR.                                            PLAINTIFF

v.                                 CASE NO. 4:18-CV-04113

NURSE S. KING, *et al.*                                                DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed November 5, 2018, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. ECF No. 24. Judge Marschewski recommends that the Motion to Dismiss Certain Claims and Defendants (ECF No. 14) filed by Defendants Rodriguez and Tefft be granted and that Defendants Rodriguez and Tefft be terminated as Defendants in this case. The parties have not filed objections to the Report and Recommendation and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts Judge Marschewski's Report and Recommendation *in toto*. Accordingly, the Motion to Dismiss Certain Claims and Defendants (ECF No. 14) filed by Defendants Rodriguez and Tefft is hereby **GRANTED**. Defendants Rodriguez and Tefft are hereby terminated as Defendants in this matter.

**IT IS SO ORDERED**, this 27th day of November, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge