IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHARLES SAMUEL JOHNSON, JR.                               PLAINTIFF

v.                  CASE NO. 4:18-CV-04113

NURSE S. KING, *et al*.                                       DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed November 26, 2018, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. ECF No. 27. Judge Marschewski recommends that this case be dismissed without prejudice for failure to comply with this Court's previous order, the Court's local rules, and failure to prosecute the case. The parties have not filed objections to the Report and Recommendation and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts Judge Marschewski's Report and Recommendation *in toto*. Accordingly, this matter is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 14th day of December, 2018.

                                                             /s/ Susan O. Hickey
                                                             Susan O. Hickey
                                                             United States District Judge